1  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
2  ARVIN C. LUGAY (SBN 242599)
   alugay@snllp.com
3  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
4  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
5  Facsimile:   (415) 352-2625

6  Attorneys for Defendant
   Midland Credit Management, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  SALVADOR ESPINOZA,                )   CASE NO.: CV11-02542 PSG
                                      )
12              Plaintiff,             )
                                      )   STIPULATION AND [XXXXXXXXXXXX]
13                                    )   ORDER TO CONTINUE CASE
                                      )   MANAGEMENT CONFERENCE
14         vs.                         )
                                      )
15                                    )
                                      )
16  MIDLAND CREDIT                    )
    MANAGEMENT, INC.,                 )
17                                    )   The Honorable Paul Singh Grewal
                                      )
18              Defendant.             )
                                      )
19  ──────────────────────────        )

20

21

22

23

24

25

26

27

28  ESPINOZA VS. MIDLAND CREDIT MANAGEMENT, INC. CASE NO. CV11-02541 PSG)
    STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1    The parties to this action, through their respective counsel of record,

2    stipulate and agree as follows:

3    WHEREAS the Court set this action for a Case Management Conference on

4    August 16, 2011 at 2:00 p.m. by the Order dated May 25, 2011; and,

5    WHEREAS counsel for defendant Midland Credit Managment, Inc., Arvin

6    C. Lugay and Jeffrey A. Topor, are both unavailable to attend the Case

7    Management Conference on that date due to scheduled prepaid vacations,

8    THEREFORE, the parties hereby request to that the Court continue the case

9    management conference to August 23, 2011, or to a date thereafter except for

10   September 6, 2011, that is convenient to the Court.

11

12   DATED: August 3, 2011            Law Offices of Todd M. Friedman, P.C.
                                      Todd M. Friedman
13

14
                                      By:  s/Todd M . Friedman
15                                        _____

16                                        Todd M. Friedman
                                          Attorney for plaintiff
17                                        Salvador Espinoza

18   DATED: August 3, 2011            SIMMONDS & NARITA LLP
                                      JEFFREY A. TOPOR
19                                    ARVIN C. LUGAY

20

21                                    By:  s/Arvin C. Lugay
22                                        _____
                                          Arvin C. Lugay
23                                        Attorneys for defendant
                                          Midland Credit Managment, Inc.

24

25

26

27

28   ESPINOZA VS. MIDLAND CREDIT MANAGEMENT, INC. CASE NO. CV11-02541 PSG)
     STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE        1.

1

**[PROPOSED] ORDER**

2      Pursuant to the Stipulation of the parties and good cause appearing, IT IS

3   HEREBY ORDERED that the Case Management Conference is continued from

4   August 16, 2011 to _____August 30_____, 2011 at 2:00 p.m.

5

6   IT IS SO ORDERED.

7

8   Dated: _August 4_____, 2011          By: _____Paul S. Grewal_____

9                                        Honorable Paul Singh Grewal
                                         United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ESPINOZA VS. MIDLAND CREDIT MANAGEMENT, INC. CASE NO. CV11-02541 PSG)
     STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE      2.