1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11               SAN JOSE DIVISION

12

13 SALVADOR GOMEZ ESPINOZA,          )          Case No.: C-11-02542 PSG
                                     )
14               Plaintiff,          )          **STANDBY ORDER TO SHOW**
      v.                             )          **CAUSE**
15                                   )
   MIDLAND CREDIT MANAGEMENT,        )
16 INC.,                             )
                                     )
17               Defendant.          )
   _____   )
18

19        On August 9, 2011, Plaintiff Salvador Gomez Espiniza advised the court that the parties

20 had reached a settlement of all claims and that a settlement agreement would be finalized in the

21 next 60 days.  Plaintiff shall file a dismissal pursuant to Federal Rule of Civil Procedure

22 41(a)(1)(ii) no later than October 12, 2011.  If a dismissal of the action is not filed by that date,

23 Plaintiffs shall appear on October 18, 2011 at 2PM in Courtroom 5, 4th Floor and show cause

24 why the case should not be dismissed.

25        Failure to comply with this Order may result in dismissal of the action pursuant to

26 Federal

27

28

ORDER, *page 1*

1

2    Rule of Civil Procedure 41(b).

3            IT IS SO ORDERED.

4
     Dated:     August 11, 2011
5
                                              _____
6                                             PAUL S. GREWAL
                                              United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*